JOSEPH DACUNZO, PLAINTIFF-RESPONDENT, v. ELEANOR EDGYE, DEFENDANT-PETITIONER.

See same case below: 33 *N. J. Super.* 504.

*Messrs. Siegler & Siegler* for the petitioner.

*Mr. Frederick W. Athay* and *Mr. Leonard Estrin* for the respondent.

May 16, 1955.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL A. SAGARESE, DEFENDANT-PETITIONER.

See same case below: 34 *N. J. Super.* 126.

*Mr. Harry Kalisch* for the petitioner.

*Mr. John D. Collins* for the respondent.

May 16, 1955.   Denied.